DREIER LLP
Michael D. Pantalony, Esq. (MP 7031)
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiff,*
*Seven for All Mankind, Inc.*

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 OCT 26  A 11: 06

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ROCK & REPUBLIC ENTERPRISES, INC.,

       *Plaintiff,*

-vs.-

RATIONAL FASHION, INC. and
JOSH MOHRER,

       *Defendants.*

Civil Action No.: 2:05-CV-4169 (JAP)

**WARRANT TO SATISFY DEFAULT JUDGMENT**

TO THE CLERK OF THE ABOVE NAMED COURT:

 WHEREAS, Default Judgment and Permanent Injunction was entered in the above-entitled action on March 3, 2006 in favor of the Plaintiff, ROCK & REPUBLIC ENTERPRISES, INC., and against the Defendant, RATIONAL FASHION INC. and JOSH MOHRER, as appears by the records thereon, Docket No. 05-CV-4169;

 NOW THEREFORE, this is your warrant and authority to enter on the aforesaid record, this satisfaction of Default Judgment.

Dated:  October 23 2006

          DREIER LLP
          Attorneys for Plaintiff

          By: _____
            Michael D. Pantalony, Esq.